

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 27, 2022.

_____
Irene Rios, Justice